IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VONNETTA BENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:12-cv-379-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| SAMLIP ALABAMA, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's counsel Connie J. Morrow's Motion to Re-Schedule 12-20-2012 Telephone Conference (Doc. #36), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART. The motion is granted to the extent that it requests a continuance of the telephonic status conference currently set on Ms. Morrow's Motion to Withdraw. (Doc. #34.) Accordingly, it is hereby ORDERED that the telephonic status conference currently scheduled for December 20, 2012 at 9:00 a.m. is CANCELLED.

The Motion to Re-Schedule is denied to the extent that it requests that the motion requests that the Court grant Ms. Morrow's Motion to Withdraw without a hearing. Accordingly, it is hereby ORDERED that a hearing on Plaintiff's Motion to Withdraw (Doc. #34) will be held on **January 10, 2012**, at **9:00 a.m.** in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama. Plaintiff, Plaintiff's attorney of record, Connie J. Morrow, and counsel for Defendant are ORDERED to appear at said hearing.

The Clerk of Court is DIRECTED to send a copy of this Order to Plaintiff by certified mail.

DONE this the 14th day of December, 2012.

                                                  /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE