IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VONNETTA BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-cv-0379-MEF |
| | ) | |
| SAMLIP ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 55) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 55) of the Magistrate Judge is ADOPTED and Defendant's Renewed Motions to Dismiss (Doc. 51 & 54) are GRANTED and that this action is DISMISSED with prejudice.

DONE this the 24th day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE